Argued and submitted January 31, judicial review dismissed February 26, reconsideration allowed by opinion August 26, 1992
See 115 Or App 91 (1992)

## TERRY ROBERT MILLER,
*Petitioner,*

*v.*

## BOARD OF PAROLE,
*Respondent.*

(CA A66951)

825 P2d 663

Lawrence J. Hall, Deputy Public Defender, Salem, argued the cause for petitioner. With him on the brief was Sally L. Avera, Public Defender, Salem.

Yuanxing Chen, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM